## United States District Court for the Northern District of Illinois

Case Number: 08CV4083       Assigned/Issued By: DAJ

Judge Name: LEFKOW       Designated Magistrate Judge: SCHENKIER

### FEE INFORMATION

*Amount Due:*   ☑ $350.00    ☐ $39.00    ☐ $5.00
            ☐ IFP      ☐ No Fee    ☐ Other _____
            ☐ $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00       Receipt #: 2944503

Date Payment Rec'd: 07/18/08       Fiscal Clerk: DAJ

### ISSUANCES

☑ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
                                        (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

1  Original and  0  copies on  07/18/08  as to  DEF.

C:\wpwin80\docket\feeinfo.frm       03/14/05