AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

LOCAL 705 INTERNATIONAL
BROTHERHOOD OF TEAMSTERS
WELFARE FUND, et al.

CASE NUMBER: 08CV4083

JUDGE LEFKOW

V.

ASSIGNED JUDGE: MAGISTRATE JUDGE SCHENKIER
RCC

ADEKUNLE A. ADEGBEMI

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Adekunle A. Adegbemi
801 Macinaw Avenue
Calumet City, IL   60409-4410

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Chapman
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

----------------------------------------
**(By) DEPUTY CLERK**

**July 18, 2008**
----------------------------------------
**Date**

State of Illinois

General No.: 08CV4083

County of USDC CHICAGO

### AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 7/26/2008 at 9:00:00 AM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Adegbemi, Adekunle A. as shown below:

Personally served a copy of the SUMMONS and COMPLAINT , by giving the within named Adegbemi, Adekunle A. at 801 Mackinaw Ave., Calumet City, IL, 60409

Description of Person Served  Sex: M  Height: 508  Weight: 190  Race: B  Age: 36ish

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_7-28-08_
Dated

Leroy Karczewski
117-000192