

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Adekunle A. Adegbemi
(Please print)

STREET ADDRESS: 801 Mackinaw

CITY/STATE/ZIP: Calumet City, IL 60409

PHONE NUMBER: 708-228-6500

CASE NUMBER: 08CV4083

Signature: Adekunle A. Adegbemi

Date: 8-14-08

FILED

AUG 13 2008 TC
Aug 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT