IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 08 C 4083 |
| v. | ) ) | JUDGE JOAN H. LEFKOW |
| ADEKUNLE A. ADEGBEMI, | ) ) ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS HEALTH AND WELFARE FUND, *et al.*, by their attorneys, and move for entry of judgment by default against Defendant, ADEKUNLE A. ADEGBEMI, in the total amount of $20,888.10, plus Plaintiffs' costs of action.

On July 26, 2008, the Summons and Complaint was served on the Defendant by tendering a copy of said documents to him personally, at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 15, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Catherine M. Chapman

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 18th day of September 2008:

        Mr. Adekunle A. Adegbemi
        801 Mackinaw
        Calumet City, IL   60409


        /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6204026
Telephone:  312/236-4316
Facsimile: 312/236-0241
E-mail: cchapman@baumsigman.com


I:\705w\Subro\Adegbemi\motion for default judgment.cmc.df.wpd